## Case No. 12,931.
### SKYREN v. LINDO.

[Cited in Short v. Wilkinson, Case No. 12,-810. Nowhere reported; opinion not now accessible.]

SLACK (FRANCIS v.). See Case No. 5,041.

SLACK (JOHNS v.). See Case No. 7,363.

SLACK (MAY v.). See Case No. 9,336.

SLACK (METROPOLITAN R. CO. v.). See Case No. 9,506.

SLACK (MICHIGAN CENT. R. CO. v.). See Case No. 9,527.